PROB 35

# ORDER TERMINATING PROBATION
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | )<br>) |
| vs. | ) **Docket Number: 2:01CR00383-02** <br>) |
| **PHAEDRA OMEGA WICKS** | )<br>) |

On October 15, 2003, the above-named was placed on Probation for a period of 5 years. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/Toni M. Ortiz
**TONI M. ORTIZ**
**United States Probation Officer**

Dated:   June16, 2008
         Sacramento, California
         TMO/cp

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
                  **KYRIACOS M. SIMONIDIS**
                  **Supervising United States Probation Officer**

Re: **Phaedra Omega WICKS**
**Docket Number:   2:01CR00383-02**
**ORDER TERMINATING PROBATION**
**PRIOR TO EXPIRATION DATE**

---

## ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

Date:  June 20, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Attachment:   Recommendation
cc:   United States Attorney's Office